DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COMPREHENSIVE CHIROPRACTIC CENTER, P.A.,** a/a/o **KENNETH SCHRAGER,**
Appellant,

v.

**ALLSTATE INSURANCE COMPANY,**
Appellee.

No. 4D21-207

[May 13, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case Nos. 18-24344 and 16-18691 (49).

John C. Daly, Matthew C. Barber and Christina M. Kalin of Daly & Barber, P.A., Plantation, for appellant.

Daniel E. Nordby of Shutts & Bowen, LLP, Tallahassee, and Garrett A. Tozier of Shutts & Bowen, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J. MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***